## Exhibit A to the Complaint

**Location:** New York, NY  
**Total Works Infringed:** 51  

**IP Address:** 96.250.252.238  
**ISP:** Verizon Fios

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 1 | Info Hash: F8CD981D66F1E073AA128253C25753CFA604D6FE<br>File Hash: 714AD1CA215653507534A4C4C0A1BD445E20884CA66235571642AAFE06D3C01C | 08/04/2020 00:24:40 | Vixen | 07/31/2020 | 08/11/2020 | PA0002252260 |
| 2 | Info Hash: 009F9C7775B1B08E12B938E7895905234F849C90<br>File Hash: 0D295BBD50F5CFBA5900994BA8F45A048390521FD232EC6D662DCD2159635694 | 07/31/2020 01:55:28 | Tushy | 03/01/2020 | 04/15/2020 | PA0002244962 |
| 3 | Info Hash: CEA824DB47B13FAA04807AFED13D37A1CA350843<br>File Hash: A613B8B2C87838ED4135BD178EF1C06D981DB46E725A0CC228EA3872FA6A2E59 | 06/27/2020 22:35:51 | Blacked | 06/27/2020 | 07/17/2020 | PA0002248593 |
| 4 | Info Hash: C63144F64B9547BE9906EA7046AAF8FE428E95ED<br>File Hash: 1AA52D9D79432616DAA21D7BB04990D86B45DEAF1FFE5FA2721C89DD5EA2780C | 06/21/2020 01:15:59 | Blacked Raw | 06/15/2020 | 07/17/2020 | PA0002248596 |
| 5 | Info Hash: D3E283DD3E559EF10AA4E16E0B3A621375FDEE75<br>File Hash: FEADBB935D34439E2E4A513DB05EE2F63A59C7E34057C366B06E5FCD3C0F0E4E | 06/15/2020 00:05:41 | Blacked | 06/13/2020 | 06/22/2020 | PA0002245632 |
| 6 | Info Hash: 3E1B2FFC37EFD8FF20F15FE6983057183F446F26<br>File Hash: 4D5D1DC20FBEF77EAB20063A078A377175BB0B7951ACC5760C752112F939349E | 05/31/2020 21:58:27 | Blacked | 05/30/2020 | 06/22/2020 | PA0002245635 |
| 7 | Info Hash: EEA471AC58E44D8C08CE5F008CA4FCB8A1BC3DBE<br>File Hash: 735FE6B829D412D28DFC82EBD327201FA1C37D6BF60692C929223A8CFB3F447E | 05/27/2020 22:28:24 | Blacked Raw | 04/20/2020 | 05/19/2020 | PA0002241477 |
| 8 | Info Hash: 75A353D79EC4B06347D0AD1935D3F3D242B8A70C<br>File Hash: 6F67DB138AEA067313D743B5DE624E3218F0C0A3BA98F12C6FA44D04FF31F9BA | 05/19/2020 19:01:29 | Vixen | 12/25/2019 | 01/03/2020 | PA0002219640 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 9 | Info Hash: BE1143BAAFEB7A3F1111F460533D4B9767D6ECFE<br>File Hash: CE8F444F1733ABDF94E3BBA21AB59CD42E3B7ADAA4982E37DB0BA667B2E7D473 | 05/19/2020 12:50:05 | Blacked Raw | 05/18/2020 | 06/08/2020 | PA0002243644 |
| 10 | Info Hash: 65A08D14485D41EB66F6E01EBFD54C8F0B326645<br>File Hash: FF986CD4F2271F6038F464BE9D880A1F92EA106689B42F5057295E3253A5F578 | 05/17/2020 02:58:19 | Blacked | 05/16/2020 | 06/22/2020 | PA0002245639 |
| 11 | Info Hash: BE70924185EC2FE7A36FEAD8E9509F907D1E761E<br>File Hash: 6F61FD409AC3E01E50C396538E4726ECF5F3B1722D00FDCE02BC532ED09A7734 | 05/17/2020 02:53:56 | Vixen | 05/15/2020 | 06/08/2020 | PA0002243648 |
| 12 | Info Hash: BB23DC3E3F41E06024BD34016ED05E4D25A7F0AA<br>File Hash: D7B1DFE14A95301D829FD5CBF99D29998ECBD57AB42E09DFFBE9C55F73A582DD | 05/04/2020 01:25:08 | Tushy | 05/03/2020 | 05/19/2020 | PA0002241474 |
| 13 | Info Hash: 1A68CEFD839B4A5FA014E644010905E3E4BAED62<br>File Hash: 7CDA00D746D072CCE1C0D3344AD569A602F6BEC79989A46C3BD5B855AEA3089F | 05/03/2020 22:12:18 | Blacked | 05/02/2020 | 05/19/2020 | PA0002241471 |
| 14 | Info Hash: 5EFCC9880947C80F73A6CDD0B960C1FEFA5E846A<br>File Hash: BE411066F439186D926133B7354D9384F60BC1C6F984C37A97F708E0C850D68E | 05/01/2020 23:45:38 | Tushy | 03/17/2018 | 04/17/2018 | PA0002116750 |
| 15 | Info Hash: 900A6BCDAE9ED7A6A35050FA6079B4EEE2976450<br>File Hash: 3E4ADDF5C66B609889F6992061B8B215A588FFC675C210D003D961B7CF317278 | 04/26/2020 00:54:36 | Blacked | 04/25/2020 | 05/05/2020 | PA0002249013 |
| 16 | Info Hash: 60E791317E69B7B2F33284828939544DEAEB4D52<br>File Hash: CD77DAEE2B34B6D7F519C09973CCEBBE07A9356A0320A0BA79BF8F98155D89D9 | 04/14/2020 03:20:48 | Blacked | 02/24/2019 | 03/31/2019 | PA0002163974 |
| 17 | Info Hash: 8C6947272066C57583DEA1BE22B4EFA1FDEC3934<br>File Hash: 801B8F13DDE9E2FC8D78067FB02B263C63FE02F8E3E8891FA483BEA0B65C3885 | 04/06/2020 02:08:45 | Tushy | 04/05/2020 | 04/17/2020 | PA0002237308 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 18 | Info Hash: 089A334E08FB9D7BF03350D63AD8D401B6C48EEC<br>File Hash: 3053112F46CFC5C06D9720DDBE693A0923BAEBB472ADF3E1B4BB91BCFE098C4D | 04/06/2020 02:03:12 | Blacked | 04/04/2020 | 04/17/2020 | PA0002237304 |
| 19 | Info Hash: 6A00929B3D2F54C7FF7C31812DA1CEB6F03A8DF0<br>File Hash: E7517A6F80C556646938E7C39ABB9A3F1BB5D89FF3E3D535E96E9F527B6321A6 | 03/11/2020 01:40:45 | Vixen | 03/09/2020 | 04/17/2020 | PA0002246165 |
| 20 | Info Hash: EFA937808F0ED58A57B5B7902F86CC46FFEF4A88<br>File Hash: B1ACA1BB3FF18B56DD4E28B45C13CEF7155C393C134B08F2317639FEF5A59520 | 03/11/2020 01:39:57 | Blacked | 03/10/2020 | 04/15/2020 | PA0002246103 |
| 21 | Info Hash: 6FA547DC616859D9A4C6B54E18351A80AC6FBA3D<br>File Hash: 35975EA7A5A62C3153A461B2416DAC811FEF98728E809ED4B97C5C21B5820942 | 02/26/2020 03:58:33 | Blacked | 02/24/2020 | 03/18/2020 | PA0002241627 |
| 22 | Info Hash: 728FEEBA350EC584BC7E9E2759A64F759E9B7855<br>File Hash: AD5470EFA8A5C85886C8855DB48558326273F73168397DFFC88EE5E6B5BB1A2A | 02/22/2020 05:35:44 | Vixen | 01/04/2020 | 01/27/2020 | PA0002223959 |
| 23 | Info Hash: 1952632AD1DC26A362E2F6F7BB1BA4B17AC9A736<br>File Hash: AC067B423E8001E8AC59177BEBD99B75AC307FF3FC3A8B8DE092C543AE055B29 | 02/22/2020 05:03:51 | Blacked | 02/09/2020 | 03/18/2020 | PA0002241446 |
| 24 | Info Hash: 093FF3C313504ED32913B9D8DACBB6EE2E888959<br>File Hash: DBB3A1ECDC30D2E12E9E548DFDACC26F3552C761C387C14986872EB72DC07517 | 01/28/2020 02:58:21 | Blacked Raw | 01/27/2020 | 03/15/2020 | PA0002240550 |
| 25 | Info Hash: 3E4D1B5168D11A249867DAEBCF3B524396BF2FF4<br>File Hash: F21E9548AB0C5E16975FFC58376333C59E66BC315D487F173E604E6027D5AA47 | 01/20/2020 16:43:06 | Blacked Raw | 03/08/2018 | 04/17/2018 | PA0002116094 |
| 26 | Info Hash: 8E30519769F278C358FA626E65329DA7C42438FB<br>File Hash: 26B6011FFE6BD5D78A97938857B528D2953E66F46E0E86ACC6EFA79284AD0145 | 01/18/2020 03:28:06 | Tushy | 01/16/2020 | 02/20/2020 | PA0002237625 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 27 | Info Hash: 5269E9647358D2C0080970F7B91836FF0B134F73<br>File Hash: 27FB0D30B36C136AFA8C6C21A0D532780A248DC9A46D86A04DB243DAA5069A62 | 12/31/2019 02:09:18 | Blacked Raw | 12/28/2019 | 01/27/2020 | PA0002223954 |
| 28 | Info Hash: AF5E9F5A7C0F50A3A0CCCA08C875B36921047704<br>File Hash: 21CAD60EE506BBDED08963BA90DAE8F45CB680BDC66E1BB515F46060D4549B4C | 12/07/2019 22:03:52 | Tushy | 09/28/2019 | 10/21/2019 | PA0002207776 |
| 29 | Info Hash: 86804856761D83AD88F3D60A55538FD4C54CCAF9<br>File Hash: A0E0110717861537BA4980ACEF88256134D2FB1A710EA7331055A765A08959FD | 12/07/2019 21:59:28 | Blacked | 12/06/2019 | 12/17/2019 | PA0002217665 |
| 30 | Info Hash: 44EE8007D31DF8D2883B228679B50BB1595A5667<br>File Hash: 55FC2F77E81859E8B87D1F9CF22A955FF16C16FB4A9B88F167E504FEC23C6B40 | 12/01/2019 20:08:49 | Blacked | 07/24/2018 | 09/01/2018 | PA0002119589 |
| 31 | Info Hash: 1ED7894C730F91D284F9451A87ECDC8F5187BF50<br>File Hash: 38583D10BC13553F985C29BAE89EF5FBF0C3DE0603CF9C41C598EDB9A7D3426E | 12/01/2019 20:07:42 | Blacked Raw | 05/12/2018 | 05/24/2018 | PA0002101380 |
| 32 | Info Hash: 28D3A9EC7C6D3A6CA0C764EF6A4C9B3E0430CB8E<br>File Hash: 1417D1E60436334A79D2822C80AED298E3266BFDD20924CF09A99BC161454E14 | 11/19/2019 03:21:25 | Blacked Raw | 11/18/2019 | 12/09/2019 | PA0002216261 |
| 33 | Info Hash: D7849F96160CA679A287B837FEFE40DDEA87571B<br>File Hash: 0A445E74466B1700F1F7402E2C9F03169006656C8BA6A80CD36958EF9C0589E1 | 11/08/2019 02:43:22 | Blacked | 11/06/2019 | 11/15/2019 | PA0002211857 |
| 34 | Info Hash: 99F624FB462D5D4244BC738CEF284DB650F4A5E6<br>File Hash: F6582466A541550D31D0B4F9D2BAAE83363D9762DBD9F0A386F1E2B9513BCE32 | 10/25/2019 02:41:54 | Blacked Raw | 10/24/2019 | 11/05/2019 | PA0002210293 |
| 35 | Info Hash: 1BD7B43424B377ADACBDD81FAFFB158D2370CB12<br>File Hash: F00CB16B8367BF7FD7F2A21EE435B235CF6B011F72EDC56C15DBF26FBB959ABB | 10/25/2019 02:41:21 | Tushy | 10/23/2019 | 11/05/2019 | PA0002227103 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 36 | Info Hash: 80F9044259AD9C63843A25A73CAFD64ACB18CEA3<br>File Hash: 7AF35A486BD4F38E68DDCC2D855416D10A1DCD53AEF0690FD3B4DC23A707A72C | 10/04/2019 01:38:44 | Blacked | 08/28/2019 | 09/13/2019 | PA0002200704 |
| 37 | Info Hash: FBBFEBB1C68DF7C5B90CCA1A5638DF9C4C6BFC7A<br>File Hash: 43782B257EF4AE91D30B598250B878F3E857AD38F052A179CAC0C40903C101C2 | 09/26/2019 01:07:38 | Blacked Raw | 09/04/2019 | 09/13/2019 | PA0002200700 |
| 38 | Info Hash: 34FDB74CF0D5A9ED24C4C0A7632D7C5C0DD4A10B<br>File Hash: 687957B63794780230326924D082C1F054B0ED0FA70D4891292F96B9B488985D | 09/26/2019 01:06:47 | Blacked Raw | 09/19/2019 | 09/25/2019 | PA0002203162 |
| 39 | Info Hash: DDE59C875C7FEDB150E58E51ACFF8D33FDB2CF72<br>File Hash: B1EAEAD5B5D4AA4102D4A0D46CF8206B6D4E3C6E2EAD3BAFD1BD26D336683604 | 09/26/2019 00:36:06 | Blacked Raw | 05/22/2019 | 07/17/2019 | PA0002188299 |
| 40 | Info Hash: C6B85578F10E9FA595EDCD45402FBBEC745B6DD8<br>File Hash: 3C5C822A7847420497A7A7CA77E1830E674F223B1F564EF87684FE7408DDF33F | 09/24/2019 02:46:14 | Blacked | 09/22/2019 | 10/07/2019 | PA0002205469 |
| 41 | Info Hash: 78C694B5EFF2DB0909579A63EF78E5F1A36D21CA<br>File Hash: 544B745FA67E6DE0E35C38F887DC98DDDEE9043B54C6762D068EC3CF0DE65E62 | 09/08/2019 19:24:54 | Blacked | 09/07/2019 | 09/25/2019 | PA0002203158 |
| 42 | Info Hash: BCB036C989D58ECF7F9CEA9F9149936EC88CAE83<br>File Hash: 90FABA150526202169B855D03E9F549E10C6149131A5ED1D1ECB04B7D8BA7C44 | 09/05/2019 01:00:21 | Blacked | 09/02/2019 | 09/13/2019 | PA0002200702 |
| 43 | Info Hash: 1D1CFE4975FA86AA9A3DC1505EEAEED91CCB9B36<br>File Hash: 3954CD69773DA875F67C129965A028CC69868B630CEF7F65279EEC4C3A017EC9 | 09/05/2019 01:00:16 | Tushy | 09/03/2019 | 09/13/2019 | PA0002200699 |
| 44 | Info Hash: 082C43A6A41C30507682EB32F25A418C5223436D<br>File Hash: 525BCD317D68758E91135EEF8FC7EBE05FFE3DD5CAD10F65C4F69FBAB7D02A9C | 09/03/2019 01:49:47 | Blacked | 02/04/2018 | 03/01/2018 | PA0002079189 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 45 | Info Hash: 340388F38581DF5E919342C8EBB209978EEA9633<br>File Hash: C6EADA660D518FE1F1BE432D3C0ABF2A095E0B0E0CDF5A2D7FE4C87E0A364900 | 09/03/2019 01:45:17 | Blacked | 01/30/2019 | 02/22/2019 | PA0002155138 |
| 46 | Info Hash: FDF2C8AE50747F233C8E1FAA401D78348A23859C<br>File Hash: 48E442C8FA37BF89F5E8CDB35711F41AB038DEC68E2CBDF7E1F50BFF6228F8AF | 09/03/2019 01:44:48 | Tushy | 05/11/2018 | 05/24/2018 | PA0002101379 |
| 47 | Info Hash: 56DCEECF670433E528CAF870134FB35521993324<br>File Hash: 49478B9A5A0DE609D68FCF73946C83E36F6A895193143EF44BF6C2F82582A5C3 | 08/31/2019 05:24:38 | Blacked | 08/23/2019 | 09/11/2019 | PA0002199989 |
| 48 | Info Hash: CDE1EBE30D12BB48185E01B5DDD7BA9549DF4BCB<br>File Hash: FC6ED1B9110EF308157299D0842B9998C372FBD630644B804398B5E2ACAD851C | 08/31/2019 04:59:42 | Tushy | 08/29/2019 | 09/17/2019 | PA0002216128 |
| 49 | Info Hash: B426DA516B5F87C97B1C1D5732F040BC16B1F5A4<br>File Hash: 8D6DDB62698A011D6F8AEDECA858410D559FE50CDD8DF33B7527D8CBC1F54D77 | 08/20/2019 03:49:43 | Blacked | 07/24/2019 | 09/10/2019 | PA0002199414 |
| 50 | Info Hash: 6BF27EB20DF3D1314583CFFC4C2EDAF57456DA3F<br>File Hash: B33C85A41CE7B8B0145A635645D039974B7A8552D267B9421DF9743946831473 | 08/20/2019 03:48:51 | Blacked | 07/29/2019 | 09/11/2019 | PA0002214887 |
| 51 | Info Hash: DA688C76F0C068A444122EE74FBF1731CAFA1B5C<br>File Hash: F7E8945C6E4E75F65D98B9012C7F3432818A5D2EE24B1BD5BE6734A3BBA4B278 | 08/20/2019 03:13:07 | Blacked | 08/18/2019 | 09/17/2019 | PA0002216216 |